# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of February, two thousand twenty-six.

Before:        Raymond J. Lohier, Jr.,
                   *Circuit Judge.*

_____

Haitian Evangelical Clergy Association, Service Employees International Union, Local 32BJ, Youdelaine Dorcin, Robert Jean Alix Erinac, Rachelle Guirand, Dieu Yolnick Jeune Cadet, Audoine Amazan, Gerald Michaud, Marie Wildrigue Erinac Miot, Sabina Badio Florial, Nadege Joseph Michaud,

       *Plaintiffs - Appellees,*

  v.

Donald J. Trump, President of the United States of America, United States of America, Department of Homeland Security, Kristi Noem, Secretary of Homeland Security,

       *Defendants - Appellants.*

_____

**ORDER**

Docket No. 25-2372

Appellants move the Court to vacate the district court's judgment and remand with instructions to dismiss this case as moot under the practice set forth in *United States v. Munsingwear*, 340 U.S. 36 (1950). Appellees oppose the motion.

IT IS HEREBY ORDERED the motion is REFERRED to the merits panel that will hear this appeal following completion of briefing. Appellants' principal brief must be filed within 30 days of the date of this order.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

