# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of March, two thousand twenty-six.

Before:        William J. Nardini,
                *Circuit Judge.*

_____

Haitian Evangelical Clergy Association, Service Employees International Union, Local 32BJ, Youdelaine Dorcin, Robert Jean Alix Erinac, Rachelle Guirand, Dieu Yolnick Jeune Cadet, Audoine Amazan, Gerald Michaud, Marie Wildrigue Erinac Miot, Sabina Badio Florial, Nadege Joseph Michaud,

        Plaintiffs - Appellees,

  v.

Donald J. Trump, President of the United States of America, United States of America, Department of Homeland Security, Kristi Noem, Secretary of Homeland Security,

        Defendants - Appellants.

_____

**ORDER**

Docket No. 25-2372

The Government moves the Court to stay the briefing schedule and stay appellate proceedings pending the Supreme Court's forthcoming decisions in *Noem v. Dahlia Doe* (No. 25-1083) and *Trump v. Miot* (No. 25-1084).

IT IS HEREBY ORDERED the motion is DENIED. The Government's opening brief and appendix shall be filed no later than Thursday, April 2, 2026.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

